IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0344
 ((((((((((((((((

 Clifton Thomas, M.D., Petitioner

 v.

 Aracelly Torrez, Individually, and as Representative of the Estate of
 Ricardo Torrez and as Next Friend of Ricardo Isaiah Torrez, Minor Child,
 Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The unopposed motion to abate appeal, filed on August 29, 2011,
is granted, and this case is ABATED to allow the parties to proceed with
finalizing their settlement.
 2. This case is removed from the Court's active docket until
October 3, 2011, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in the status of the case.

 Done at the City of Austin, this 2nd day of September, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk